

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**
MAR 20 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

**THOMAS SOLOMAN VANN JR.**           **PLAINTIFF**

     **VS**          **CIVIL ACTION NO. 3:21-CV-305-DPJ-ASH**

**CITY OF MERIDIAN, MISSISSIPPI**, *et al.*       **DEFENDANTS**

<u>**MOTION TO ~~SUBSTITUTE COUNCIL~~**</u>
**WITHDRAWAl**

**COMES NOW THE PLAINTIFF**, Thomas Soloman Vann Jr. PRO SE, and file this Motion to

Substitute Council for the following reason to wit:

1. Attorney, James A Williams has not demonstrated good practice while representing Plaintiff. He
   has breached his duty to plaintiff through incompetence, apparent conflict of interest, lack of
   appropriate communication, and unforeseen ethical violations.

2. Plaintiff's attorney, James A Williams's failure to follow Court Orders, ignoring Judges
   order/instructions in court that caused a mistrial, such as, ignoring Judge's order (on) to write
   response to and to not oppose the opposite attorney's response.

3. Plaintiff's attorney, James A Williams's failed to do Discovery or Subpoena witnesses which is
   a crucial part of Plaintiff's case, and appeared to be Protecting Defendant's interest above the
   interest of Plaintiff's.

4. Plaintiff's attorney, James A Williams's failure to follow instruction, such as, omitting evidence
   submitted to him on my behalf when presenting my case.; Also, omitting valid claims by not
   making it an issue when the Defendants denied my rights to family medical leave, and my right
   to Worker's Compensation.

5. Plaintiff's attorney, James A Williams's endangered Plaintiff's a case through reckless behavior
   that caused a mistrial.

***WHEREFORE THESE PREMISES CONSIDERED,*** Plaintiff prays that this Honorable Court

grant the motion requested in this Petition.

Signed, _____ Date, ___18 MARCH___ , 2025

      Thomas Soloman Vann Jr., Pro Se


## CERTIFICATE OF SERVICE


      This to Certify that a copy of the foregoing document MOTION TO SUBSTITUTE COUNCIL

was sent to Plaintiff's Attorney Through regular U.S Mail to:


BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Signed _____ , Date, ___18 MARCH___ , 2025

      Thomas Soloman Vann Jr., Pro Se



Address: Thomas S Vann Jr.
      519 34th Avenue
      Meridian, MS 39307
Phone No. (601) 527-5736