# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### Northern Division

**THOMAS SOLOMON VANN, JR.**                                                **PLAINTIFF**

**V.**                                 Civil Action No. 3:21-cv-00305-DPJ-ASH

**THE CITY OF MERIDIAN, MISSISSIPPI,
DEBORAH NAYLOR-YOUNG, in her
individual capacity, PATRICK GALE, in
his individual capacity, and CHRIS
READ, in his individual capacity,**                              **DEFENDANTS**

### RESPONSE TO MOTION to WITHDRAW COUNSEL

Comes now the Plaintiff's attorney, James A. Williams, and files his Response to the Defendant's Motion to Withdraw Counsel(*Doc. # 84*) as follows:

1. Plaintiff's attorney, respectfully submits, he cannot respond to the details of the Motion because of his duties and obligations under the Professional Rules of Conduct regarding non-disclosure of the historical activities of the attorney-client relationship.

2. Plaintiff's attorney, however, because of what he perceives as a venomous attack by Mr. Vann, has to say that the attorney-client relationship has been severely damaged to the point that he concludes that Mr. Vann's Motion should be granted.

.

                                                           Respectfully submitted,

                                                           s/James A. Williams
                                                           James A. Williams, MB # 7270
                                                           Attorney for Plaintiff
                                                           P.O. Box 5002
                                                           Meridian, Ms 39302-5002
                                                           Phone: 601-693-3881
                                                           Facsimile: 601.693.3873
                                                           e-mail: jwilliamslaw@bellsouth.net

## Certificate of Service

The undersigned certifies that this date he has has served the Plaintiff Mr. Vann with a true copy of the above **Response to Motion to Withdraw Counsel** by email transmission to his email address of vannts.tv@gmail.com

and further filed same in the CM/ECF and it has served a true copy upon the attorneys for Defendants:
Joshua W. Stover
Winston Lee
BURR & FORMAN, LLP
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
Email: Jstover@burr.com
Kermit L. Kendrick
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Email: kkendrick@burr.com

So certified this the 26th day of March, 2025.

                                                                  s/James A. Williams
                                                                  James A. Williams, MB # 7270
                                                                  Attorney for Plaintiff