# SAMPLE FORMAT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN - 2 2025

ARTHUR JOHNSTON
BY            DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

Thomas Solomon Van Jr, )
)
Plaintiff(s), )
)
vs. ) Case No. 3:21-CV-305-DPJ-ASH
)
City of Meridian, Mississippi, et. al. )
)
)
Defendant(s). )

## MOTION TO QUASH

Date: 5-30-2025

Otha Sanders
Signature
Name Address and Phone Number
Otha Sanders
41 Jimerson Spur Rd Lauderdale, MS 39335
601 604 5095

To whom it may concern:

My name is Otha Sanders, I am a retired Police Officer.

I have been subpoena by Thomas Van Jr. The subpoena came through the mail in which my wife signed for a envelope. I was not home at the time the mail arrived. My wife was not given a copy of the signed receipt and was not told that the recipient has to sign and receive the mail.

I made 20 attempts to reach Mr. Van by phone and 6 attempts by texts. This was done to find out why I was needed for court. I am not listed as a defendant in the subpoena. Mr. Van has avoided my calls and texts, and one of my texts I even left my name & phone number. I expressed that I have limited mile that I am able to drive and texted him about transportation.

I work a part time job and if I miss any time I do not receive pay. This is a lot for me to give up for someone that served me with a subpoena and refuse to take my calls & text.

I am pleading with the courts to quash this immediately.

Thank you for your time

Otha Sanders            5-30-2025